IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:10cr208-MHT
JAMES CARTER TUCKER         )          (WO)
```

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the government's motion to dismiss indictment (doc. no. 20) is granted and that the indictment in this cause is dismissed.

DONE, this the 28th day of January, 2011.

```
       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE
```